UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause Nos.    1:97-cr-0140-01 (M/F) |
| | ) | |
| ANDRE LEON BERRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that

Andre Leon Berry's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves

and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed

of imprisonment of twelve  months and one day, in the custody of the Attorney General.  It is

recommended that Mr. Berry be designated by the Attorney General of the United States and the

Bureau of Prisons to the Federal Correctional Institution in Spartanburg, South Carolina.  Upon Mr.

Berry's release from confinement, he will be subject to one year of supervised release.

SO ORDERED this  07/08/2011

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brant Cook,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Bill Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis,   IN 46204

U. S. Parole and Probation

U. S. Marshal